**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| NANNETTE Y. ORTIZ | : | CASE NO: 26-11136PMM |
| | : | |
| Debtor | : | |
| _____ | : | |
| | : | |
| NANNETTE Y. ORTIZ | : | |
| | : | |
| Plaintiff | : | ADV. NO.  26-185 |
| v. | : | |
| | : | |
| DEUTSCHE BANK NATIONAL TRUST CO. | : | |
| MELLON CRA MORTGAGE LOAN TRUST 1998-A | : | |
| MORTGAGE PASS-THROUGH CERTIFICATES | : | |
| SERIES 1998-A | : | |
| | : | |
| Defendant | : | |
| | : | |
| _____ | : | |

CERTIFICATION OF SERVICE

1.　　I, Alfonso Madrid, represent the Debtor in this matter.

2.　　On July 31, 2026, I sent a copy of the following pleading(s) and/or documents(s)
to the parties listed in the chart below.

3.　　I certify under penalty of perjury that the above document(s) was sent using the
mode of service indicated.

- Complaint and Summons

Date: July 31, 2026　　　　　　　　/s/　Alfonso Madrid　　　　　　
　　　　　　　　　　　　　　　　ALFONSO MADRID, ESQ
　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　Community Legal Services of Philadelphia
　　　　　　　　　　　　　　　　1410 W. Erie Ave.
　　　　　　　　　　　　　　　　Philadelphia PA 19140
　　　　　　　　　　　　　　　　(215) 215 227 4795
　　　　　　　　　　　　　　　　amadrid@clsphila.org

**Mailing List Exhibit**

| Name and Address | Relationship of Party | Mode of Service |
|---|---|---|
| United States Trustee | UST | CM/ECF |
| Standing Chapter 13 Trustee | Trustee | CM/ECF |
| Nannette Ortiz<br>3829 Elsinore St.<br>Philadelphia, PA 19124 | Debtor | First-class Mail |
| William S.Demchak, CEO<br>U.S. Bank Trust Co., c/o PNC Bank<br>3232 Newmark Drive<br>Miamisburg OH 45342<br><br>William S.Demchak, CEO<br>U.S. Bank Trust Co., c/o PNC Bank<br>222 Delaware Ave.,<br>Wilmington, DE 19801.<br><br>(and on its counsel via CM/ECF) | Secured creditor/Defendant | First-class certified mail |